FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAJOR LEAGUE SOFTBALL, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2831-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

WHEREAS, on July 12, 2005, Plaintiff filed the instant action in the Northern District of California ("Major League Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Major League Action has been identified as a related action subject to that motion;

1        WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order relating this case to an earlier filed case assigned to her, and canceling or staying certain but not all dates, events and deadlines in the action;

4        WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5        WHEREAS, the outcome of the MDL Motion will impact significantly the schedule of this case;

7        THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, by and among counsel for Plaintiff Major League, and counsel for Defendant Intel Corporation, that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case should be stayed pending the outcome of the aforementioned MDL Motion; and

14        IT IS FURTHER STIPULATED by the aforementioned parties that if a case management conference is rescheduled by the Court, the parties shall adjust the dates for any conference, disclosures or reports required by the Local Rules or Federal Rules of Civil Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

19        IT IS HEREBY STIPULATED.

Dated: October 28, 2005

SAVERI & SAVERI

By: _____/s/ R. Alexander Saveri_____
R. Alexander Saveri
Attorneys for Plaintiff
Major League Baseball, Inc.

SF/21642100.1        2        Case No. C 05-2831 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

| | | |
|---|---|---|
| 1 | Dated: October 28, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:_____/s/ *Joy K. Fuyuno*_____ |
| 4 | | Joy K. Fuyuno<br>Attorneys for Defendant<br>Intel Corporation |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

3   Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil
4   Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules")
5   and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case
6   management order applicable to this case are hereby stayed pending the outcome of the motion
7   to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").
8   Upon the determination of the MDL Motion, if it is necessary for the Court to
9   reschedule a case management conference, the parties shall adjust the dates for any conference,
10  disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16
11  and 26 accordingly.
12  The parties shall notify the Clerk of Court within 10 days of the decision on the
13  MDL Motion.
14  **IT IS SO ORDERED.**
15  Dated:_____    _____
16                                   Honorable Marilyn H. Patel
                                     United States District Court Judge

SF/21642100.1

Case No. C 05-2831 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES